IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL MENDEZ-CASTRO,  :  <br>    Petitioner  : <br>                                     : <br> v.  : <br>                                       : <br> UNITED STATES OF AMERICA,  : <br>    Respondent  : | No. 1:14-cr-30-1 <br><br> (Judge Kane) |

**ORDER**

**AND NOW**, on this 24th day of June 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Grounds Two and Three of Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 153) are **DEEMED** voluntarily withdrawn;

2. Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 153) is **DENIED** with respect to Ground One;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to close the corresponding civil action opened at 1:17-cv-1878.

                                                           s/ Yvette Kane
                                                           Yvette Kane, District Judge
                                                           United States District Court
                                                           Middle District of Pennsylvania